Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

Tara Newbery, Esq.
NV Bar No. 10696
Connaghan | Newberry
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1830
tnewberry@cnlawlv.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| **DONALD PRESTON,** | **Case No.: 2:14-cv-00055-JAD-PAL** |
| Plaintiff, | **REPORT OF FINDINGS AND RECOMMENDATION FOR DEFAULT JUDGMENT** |
| v. | |
| **APPOLLO,** | |
| Defendant. | |

Pending before the Court is Plaintiff's Application for Entry of Default Judgment. Plaintiff submitted an application for entry of default against Defendant APPOLLO, ("Defendant") on May 1, 2014. [Docket No. 6]. The Clerk of Court entered default against Defendant on May 2, 2014. [Docket No. 7]. After entry of a default, a court may grant a default judgment on the merits of the case. Fed. R. Civ. P. 55(b).

On February 16, 2015, Plaintiff filed a motion for default judgment seeking $1,000.00 in statutory damages, $1,775.00 in attorney's fees and $500.00 in costs for violations of the Fair Debt Collection Practices Act ("FDCPA"). Based on the declaration of Plaintiff and counsel supporting the facts alleged in this matter, the full $1,000 in statutory damages to be awarded to Plaintiff is reasonable.

The Plaintiff's counsel seeks an hourly rate of $250.00, and given the Plaintiff's counsel's training, experience, and skill level, the Court concludes that the hourly rate charged is reasonable and consistent with the prevailing market rate in the area for lawyers of his skill level.

Further, the amount of time spend prosecuting this matter, 7.1 hours, is reasonable.

**IT IS RECOMMENDED** that Plaintiff's Motion for Entry of Default Judgment [Docket No. 9] is GRANTED and Plaintiff is awarded his full statutory damages of $1,000.

**IT IS FURTHER RECOMMENDED** that the Clerk of Court be directed to enter default judgment against Defendant Appollo.

1     **IT IS FURTHER RECOMMENDED** that Plaintiff's counsel is awarded

2 attorney's fees in the amount of $1,775.00 and costs in the amount of

3 $500.00.

4

5

6 Dated this 3rd day of April, 2015.

7

8                                        PEGGY A. LEEN

9                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28